REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. PROULX, individually and as Executor/Trustee on behalf of the PROULX FAMILY TRUST created by CHERYL PROULX (now deceased) and PATRICK J. PROULX under the TRUST AGREEMENT dated December 10, 2002; THE ESTATE OF CHERYL PROULX; and PATRICK J. PROULX as Guardian ad Litem for L.P., a minor, J.P., a minor, and M.P., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>WYETH, INC. d/b/a WYETH, Individually and as Successor-In-Interest to A.H. ROBINS, INC. and AMERICAN HOME PRODUCTS CORPORATION; SCHWARZ PHARMA, INC.; TEVA PHARMACEUTICALS USA, INC,; PLIVA USA, INC.; BAXTER HEALTHCARE CORPORATION d/b/a ESI LEDERLE, INC.; PDRx PHARMACEUTICAL, INC.; and DRUG COMPANY DOES 1 through 6, inclusive,<br><br>Defendant. | Case No. EDCV-08-00613-SGL (OPx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE BASED ON STIPULATION**<br><br>[FRCP 41(a)(1)(ii)] |

Based on the joint stipulation submitted by the Parties, and good cause appearing therefrom:

IT IS HEREBY ORDERED THAT the operative complaint in the above-captioned case is hereby dismissed with prejudice as to defendants Wyeth and Schwarz Pharma, Inc. with all parties to bear their own costs and counsel fees.

Dated: August 27, 2009

_____
Honorable Stephen G. Larson
United States District Judge

US_ACTIVE-102237961.1
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BASED ON STIPULATION