UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION - RIVERSIDE

Patrick J. Proulx, Individually, and as Executor/Trustee on Behalf of the Proulx Family Trust Created by Cheryl Proulx (now Deceased) and Patrick J. Proulx Under the Trust Agreement Dated December 10, 2002; the Estate of Cheryl Proulx; and Patrick J. Proulx as Guardian ad Litem for Lacey Proulx, a Minor, Jennifer Proulx, a Minor, and Matthew R. Proulx,

    Plaintiffs,

    VS                                        CASE NO. 5:09cv613-WHS/OPx

Wyeth, Inc. d/b/a Wyeth, Individually and as Successor-in-Interest to A. H. Robins, Inc., and American Home Products Corporation; Schwarz Pharma, Inc.; Teva Pharmaceuticals USA, Inc.; Pliva USA, Inc.; Baxter Healthcare Corporation d/b/a ESI Lederle, Inc.; PDRx Pharmaceutical, Inc.; and Drug Company Does 1 through 6,

    Defendants.

## JUDGMENT

This case is hereby dismissed with prejudice in its entirety against all defendants.

**DONE and ORDERED this 16th day of June, 2010.**

                                                    s/ William Stafford
                                                    WILLIAM STAFFORD
                                                    SENIOR UNITED STATES DISTRICT JUDGE
                                                    NORTHERN DISTRICT OF FLORIDA
                                                    (SITTING BY DESIGNATION)